**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**RONNIE R. COLLINS**                                                                 **PETITIONER**
**ADC #168893**

**v.**                                          **Case No. 2:20-cv-00043-KGB**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                          **RESPONDENT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Ronnie R. Collins' petition for writ of *habeas corpus* is dismissed with prejudice. The Court declines to issue a certificate of appealability because Collins has not made a substantial showing of a denial of a constitutional right.

It is so adjudged this 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge